IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI

UNITED STATES OF AMERICA

        Plaintiff,

-vs-                                                                                    Criminal Action No.
                                                                                     23-00155-01-CR-W-BCW

DESHANNON D. TURNER,

        Defendant.

## MEMORANDUM OF MATTERS DISCUSSED AND
## ACTION TAKEN AT PRETRIAL CONFERENCE

The following matters were discussed and action taken during the pretrial conference:

**PENDING CHARGE**:    Felon in Possession of a Firearm and Ammunition, *in violation of* 18 U.S.C. §§ 922(g)(1) and 924(a)(8)

**TRIAL COUNSEL**:
       Government: Jeff McCarther; paralegal Geoffrey Gorup may assist
       Case Agent:    KCPD Detective Jim Manley
       Defense:    Carie Allen

**OUTSTANDING MOTIONS**:    None

**ANTICIPATED MOTIONS**:    Defendant would file motions in limine if the case were to go to trial.

**TRIAL WITNESSES**:
       Government:    7 with stipulations; 8 without stipulations
       Defense:    3 witnesses; Defendant who will not testify

**TRIAL EXHIBITS**:
       Government:    20 exhibits
       Defense:    5 exhibits

**DEFENSES**:
       ( x )    defense of general denial
       (   )    defenses of general denial and _____

**POSSIBLE DISPOSITION**:
       (  ) Definitely for trial                     (  ) Possibly for trial
       (  ) Motion to continue to be filed      ( x ) Likely a plea will be worked out

**TRIAL TIME**:   **2 days**
        Government's case including jury selection:   1 ½ days
        Defense case:   ½ day

**STIPULATIONS**:
        ( )   not likely
        ( )   not appropriate
        ( x )   likely as to:
                ( )   chain of custody
                ( )   chemist's reports
                ( x )   prior felony conviction and knowledge thereof
                ( x )   interstate nexus of firearm and ammunition
                ( )   other: _____

**UNUSUAL QUESTIONS OF LAW**:   None

**FILING DEADLINES:**

        **Witness and Exhibit Lists**:
        Government:   October 16, 2023
        Defense: October 16, 2023
        **Counsel are requested to list witnesses in alphabetical order on their witness list.**

        **Exhibit Index, Voir Dire, Jury Instructions**: October 16, 2023
        **Jury instructions must comply with Local Rule 51.1**

        **Motions in Limine**: October 16, 2023


**TRIAL SETTING**: Criminal jury trial docket commencing October 30, 2023
        **Please note**:   *There are no conflicts either week of the docket.*

**OTHER**:
        ( )   A _____-speaking interpreter is required.
        ( )   Other assistive devices: _____

        **IT IS SO ORDERED.**

                                      */s/ Jill A. Morris*
                                      JILL A. MORRIS
                                      United States Magistrate Judge